UNITED STATES DISTRICT COURT
FOR
THE EASTERN DISTRICT OF CALIFORNIA

FILED
2005 SEP 23  P 12: 58

CLERK, US DIST. COURT
EASTERN DIST. CALIF
BY_____

**United States of America**

vs

Kenneth K. Gerard

Case No. 05CR00335

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has explained to me the nature of the offenses(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The Magistrate Judge has informed me of my right to the assistance of legal counsel.

The Magistrate Judge has informed me of my right to trial, judgment and sentencing before a United States District Judge.

The Magistrate Judge has also advised me of my right to have at least thirty days to prepare for trial.

I HEREBY: Waive (give up) my right to trial, judgment and sentencing before a United States District Judge, and I consent to trial, judgment and sentencing before a United States Magistrate Judge.

Date: 9/23/05

_____
Defendant

BEFORE: _____
United States Magistrate Judge

Barbara Hope O'Neill
Defendant's Attorney (if any)

____ Petty Offense
_X_ Misdemeanor