# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs. ) | **Docket Number: 1:05CR00335-01** |
| ) | |
| **KENNETH R. GERARD** ) | |

On December 14, 2005, the above named was placed on probation for a term of 24 months. Special conditions included a requirement that he submit to search and seizure, not dispose of any assets, provide the probation officer with access to any requested financial information, and not open any additional lines of credit. Furthermore, he also had a condition allowing for early termination should he serve one full year on supervision and pay all financial obligations in full.

The defendant has complied with all conditions and special conditions of supervision and has not been involved in any further criminal activities. Furthermore, it should be noted the defendant has been gainfully employed and served one full year on supervision. Additionally, the defendant has paid off his fine, special assessment and restitution in full as required. Given these factors, it is the opinion of the Probation Officer that he has derived the maximum benefit from supervision and is not in need of continued supervision.

Respectfully submitted,

/s/ Tim Mechem

**Tim Mechem
United States Probation Officer**

**Reviewed by:**    /s/ Bruce A. Vasquez
**Bruce A. Vasquez
Supervising United States Probation Officer**

## ORDER OF COURT

It is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   March 30, 2007**                  **/s/ Anthony W. Ishii**
0m8i78                                               UNITED STATES DISTRICT JUDGE